| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Beckwith, Sandra S | U.S. District Court | 4/4/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Judge | ○ Nomination, Date<br><br>○ Initial  ● Annual  ○ FInal | 1/1/2004<br>to<br>12/31/2004 |

| 7. Chambers or Office Address<br><br>810 Potter Stewart Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2 5 APR 11 P 1: 48 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beckwith, Sandra S | 3/31/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Antique Business |
| 2. 2004 | Metropolitan Sewer District - Budget Director |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beckwith, Sandra S | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. U.S. Bank Portfolio | | | | | | | | | |
| 2. Citigroup, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 3. General Electric Corporation - Common Stock | A | Dividend | K | T | | | | | |
| 4. BP Amoco PLC - Common Stock | A | Dividend | K | T | | | | | |
| 5. Johnson and Johnson - Common Stock | A | Dividend | K | T | | | | | |
| 6. Microsoft Corp. - Common Stock | C | Dividend | K | T | | | | | |
| 7. Proctor & Gamble - Common Stock | A | Dividend | K | T | Split | 6/21 | | | |
| 8. First American Prime Obligation Fund | A | Interest | L | T | | | | | |
| 9. Sysco Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 10. Emerson Electric Co. 7.125% 8/15/10 | B | Interest | K | T | | | | | |
| 11. Avon Products, Inc. - Common Stock | A | Dividend | J | T | Split | 6/1 | | | |
| 12. Caremark RX, Inc. - Common Stock | | None | | | Sell All | 1/9 | K | C | |
| 13. Ohio State Infrastructure Impt. Series A 4.87% 8/1/14 | B | Interest | L | T | | | | | |
| 14. Storage Technology | | None | | | Sell All | 10/20 | J | A | |
| 15. U.S. Treasure Note 1.875% 12/31/05 | B | Interest | L | T | | | | | |
| 16. Deere and Company - Common Stock | A | Dividend | K | T | | | | | |
| 17. Fortune Brands, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 18. Reebok International, Ltd. - Common Stock | | None | | | Sell All | 2/2 | D | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. I Shares TR - DJ U.S. Healthcare Sector - Common Stock | A | Dividend | J | T | Sell Part | 10/24 | J | A | |
| 20. Intuit, Inc. - Common Stock | | None | | | Sell All | 12/17 | J | A | |
| 21. I Shares DJ U.S. Technology Sector - Common Stock | A | Dividend | K | T | | | | | |
| 22. Apache Corporation - Common Stock | A | Dividend | J | T | Split | 1/15 | | | |
| 23. Schlumberger, Ltd. - Common Stock | A | Dividend | J | T | | | | | |
| 24. I Shares MSCI Japan Index Fund | A | Dividend | K | T | | | | | |
| 25. I Shares MSCI Hong Kong Index Fund | A | Dividend | J | T | | | | | |
| 26. Viacom, Inc. Class B - Common Stock | A | Dividend | | | Buy | 3/18 | K | | |
| 27. Viacom, Inc. Class B - Common Stock | | | | | Sell All | 10/1 | J | A | |
| 28. Nextel Communications, Inc. Class A - Common Stock | | None | | | Buy | 3/1 | J | | |
| 29. Nextel Communications, Inc. Class A - Common Stock | | | | | Sell All | 12/21 | J | A | |
| 30. Vodafone Group, Inc. - Common Stock | A | Dividend | J | T | Buy | 3/1 | J | | |
| 31. Phillipine Long Distance Tel. - Common Stock | | None | | | Buy | 3/1 | J | | |
| 32. Phillipine Long Distance Tel - Common Stock | | | | | Sell All | 10/22 | J | C | |
| 33. Tsakos Energy Navigation, Ltd. - Common Stock | | | | | Buy | 3/5 | J | | |
| 34. Tsakos Energy Navigation, Ltd. - Common Stock | A | Dividend | K | T | Buy | 3/18 | J | | |
| 35. U.S. Treasury IP 2.000% 1/15/14 | | None | L | T | Buy | 4/19 | L | | |
| 36. Black and Decker Corp. - Common Stock | A | Dividend | K | T | Buy | 9/29 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beckwith, Sandra S | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. Procter and Gamble - Common Stock | A | Dividend | K | T | | | | | |
| 38. Cincinnati Police Credit Union | A | Interest | J | T | | | | | |
| 39. Public Employees Deferred Comp. #1 | B | Dividend | L | T | | | | | |
| 40. Public Employees Deferred Comp. #2 | D | Dividend | O | T | | | | | |
| 41. Public Employees Deferred Comp. #3 | B | Dividend | L | T | | | | | |
| 42. U.S. Bank IRA I | | | | | | | | | |
| 43. First American Prime Obligation Fund - Class I | A | Interest | J | T | | | | | |
| 44. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 45. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 46. Dell, Inc. - Common Stock | | None | J | T | | | | | |
| 47. Bunge, Ltd. - Common Stock | A | Dividend | J | T | Buy | 3/2 | J | | |
| 48. U.S. Bank IRA II | | | | | | | | | |
| 49. FPL Group, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 50. First American Prime Obligation Fund - Class I | A | Interest | J | T | | | | | |
| 51. Walgreen Company - Common Stock | A | Dividend | J | T | | | | | |
| 52. Procter and Gamble - Common Stock | A | Dividend | J | T | Split | 6/21 | | | |
| 53. Terex Corporation - Common Stock | | None | J | T | Buy | 3/15 | J | | |
| 54. U.S. Bank IRA III | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beckwith, Sandra S | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity-of buyer/seller (if private transaction) |
| 55. Pfizer, Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 56. First American Prime Obligation Fund - Class I | A | Interest | K | T | | | | | |
| 57. American International Group, Inc. - Common Stock | A | Dividend | | | Sell All | 10/22 | K | D | |
| 58. Lowe's Cos, Inc. - Common Stock | A | Dividend | K | T | | | | | |
| 59. I Shares GS$ Investop Corporate Bond | A | Interest | J | T | | | | | |
| 60. Amsung Corporation - Common Stock | | None | | | Split | 3/25 | | | |
| 61. Amsung Corporation - Common Stock | | | | | Sell All | 11/24 | J | B | |
| 62. Varian Medical Systems, Inc. - Common Stock | | None | J | T | Split | 8/2 | | | |
| 63. Aether Systems, Inc. - Common Stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beckwith, Sandra S | 3/31/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Items 2 through 36 are the US Bank Portfolio

Items 43 through 47 are the US Bank IRA I

Items 49 through 53 are the US Bank IRA II

Items 55 through 63 are the US Bank IRA III

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Beckwith, Sandra S | 3/31/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____ 4/4/05 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544